IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:11CR3025 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| CLIFTON LEE SAYLOR, | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)  The defendant's sealed motion to continue sentencing (filing 47) is granted.

(2)  Defendant Saylor's sentencing is continued to Thursday, March 1, 2012, at 12:00 noon, before the undersigned United States district judge, 5th Floor, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated November 4, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge